1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLWAY (CABN 121782)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR (CABN 262489)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6401
        FAX: (415) 436-6753
8       damali.taylor@usdoj.gov; wilson.leung@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) No. CR 15-126 WHA
                                      )
15 |     Plaintiff,                    ) UNITED STATES' MOTION TO DISMISS
                                      ) INDICTMENT AND [PROPOSED] ORDER
16 |     v.                            )
                                      )
17 | PML Clubs, Inc.                   )
                                      )
18 |     Defendant.                    )
                                      )
19                                    )

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California moves to dismiss, without prejudice, the above

22 captioned Indictment and First Superseding Indictment only as to defendant PML Clubs, Inc.

23 Dated: February 1, 2016                    BRIAN J. STRETCH
                                              Acting United States Attorney
24
25                                    By:         /s/
                                              David R. Callaway
26                                            Criminal Division Chief

27

28

MOTION TO DIMSIS AND [PROPOSED] ORDER
CR 15-126 WHA

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the government to dismiss, without prejudice, the Indictment and Superseding Indictment only as to defendant PML Clubs, Inc., in case number CR-15-0126.

DATED:   February 2, 2016.

_____
HONORABLE WILIAM ALSUP
United States District Judge

MOTION TO DIMSIS AND [~~PROPOSED~~] ORDER
CR 15-126 WHA